UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

AMANDA LAVERENZ,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

PIONEER METAL FINISHING, LLC,

    Defendant.

Case No. 22-cv-692

---

**DEFENDANT'S CIVIL L.R. 7(H) EXPEDITED, NONDISPOSITIVE MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND AUTHORIZATION OF NOTICE TO SIMILARLY SITUATED PERSONS PURSUANT TO 29 U.S.C. § 216(b)**

---

Dated this 30th day of May, 2024.

    s/ *Paul E. Benson*
    Paul E. Benson, SBN 1001457
    Mitchell W. Quick, SBN 1001493
    MICHAEL BEST & FRIEDRICH, LLP
    790 North Water Street, Suite 2500
    Milwaukee, Wisconsin 53202
    Telephone: (414) 271-6560
    Email: pebenson@michaelbest.com
    Email: mwquick@michaelbest.com

    *Attorneys for Defendant*

Defendant, Pioneer Metal Finishing, LLC ("Pioneer"), by and through its counsel, Michael Best & Friedrich, LLP, respectfully moves the Court for leave to file a short surreply brief in opposition to Plaintiff's conditional certification motion and related materials. A copy of Pioneer's surreply brief and supporting declaration accompanies this motion.

"Whether to grant a party leave to file a sur-reply brief is a question within the court's discretion." *Hatch v. Brillion Sch. Dist.,* No. 16-C-802, 2018 WL 3349004, at *6 (E.D. Wis. July 9, 2018); *see also Burton v. Am. Cyanamid*, No. 07-CV-0303, 2016 WL 3661331, at *1 (E.D. Wis. July 5, 2016) ("Whether or not to grant leave to file a sur-reply is in my discretion."). For the reasons noted in its brief, Pioneer believes its short surreply will assist the Court in correctly deciding Plaintiff's conditional certification motion. Thus, Pioneer asks that the Court grant this motion for leave.

On May 30, 2024, counsel for Pioneer contacted counsel for Plaintiff to inform him that Pioneer intended to file a four-page surreply brief (once the caption and signature block are removed) and asked if Plaintiff objected to Pioneer doing so. Counsel indicated Plaintiff objects to Pioneer's filing.

WHEREFORE, Pioneer respectfully requests that this Court grant this motion for leave and accept the filing of the surreply brief and declaration attached hereto.