# United States District Court
EASTERN DISTRICT OF WISCONSIN

AMANDA LAVERENZ,

        Plaintiff,

v.

PIONEER METAL FINISHING LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-692

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff's FLSA claim is DISMISSED with prejudice. The court declines to exercise supplemental jurisdiction over her state law claims, which are therefore DISMISSED without prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 28, 2024

GINA M. COLLETTI
Clerk of Court

s/ Joleen M. Krings
(By) Deputy Clerk